IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBBY WILLIAMS, *et al.*, | No. 4:21-CV-00015 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| TYSON HAVENS, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of November 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Tyson Havens's motion to dismiss (Doc. 8) is **GRANTED**.

2. Plaintiffs may file an amended complaint no later than December 1, 2021. If no amended complaint is filed by that date, the action will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge