IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBBY WILLIAMS, C.W. a minor by LIBBY WILLIAMS, and ROCELLUS CARTER,<br><br>  Plaintiffs,<br><br>  v.<br><br>OFFICER TYSON HAVENS, OFFICERS JOHN/JANE DOE #1-20 and OFFICER WILLIAM WEBER,<br><br>  Defendants. | No. 4:21-CV-00015<br><br>(Chief Judge Brann) |

## ORDER

### DECEMBER 4, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Enforce Settlement (Doc. 46) is **GRANTED**.

2. Plaintiff Williams' Motion to Compel Discovery (Doc. 48), Motion to Extend Case Management (Doc. 49), Motion to Amend Complaint (Doc. 51), and Motion to Request a Trial Date (Doc. 57) are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge